IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wiley, Dion | Case Number: 08 B 26277 |
|---|---|---|
| | Milsap, Sharon L | Judge: Wedoff, Eugene R |
| | Printed: 01/29/09 | Filed: 9/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | Illinois Dept of Revenue | Priority | 4,206.65 | 0.00 |
| 3. | Sir Finance Corporation | Unsecured | 973.00 | 0.00 |
| 4. | CB USA | Unsecured | 210.00 | 0.00 |
| 5. | Workforce Financial | Unsecured | 1,400.00 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 367.44 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 69,173.95 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 3,028.56 | 0.00 |
| 9. | Brother Loan & Finance | Unsecured | 837.22 | 0.00 |
| 10. | Sallie Mae | Unsecured | 12,968.22 | 0.00 |
| 11. | Sallie Mae | Unsecured | 15,601.57 | 0.00 |
| 12. | Merrick Bank | Unsecured | 657.65 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 199.26 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 1,843.86 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 736.14 | 0.00 |
| 16. | AAA Checkmate LLC | Unsecured | 797.45 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 815.47 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 581.39 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,146.99 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 914.71 | 0.00 |
| 21. | RoundUp Funding LLC | Unsecured | 133.43 | 0.00 |
| 22. | Quick Click Loans | Unsecured | 1,479.15 | 0.00 |
| 23. | Capital One Auto Finance | Secured | | No Claim Filed |
| 24. | Capital One Auto Finance | Secured | | No Claim Filed |
| 25. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 26. | Capital One Auto Finance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wiley, Dion | Case Number: 08 B 26277 |
|---|---|---|
| | Milsap, Sharon L | Judge: Wedoff, Eugene R |
| | Printed: 01/29/09 | Filed: 9/30/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | First Cash Advance | Unsecured | | No Claim Filed |
| 28. | Advance America | Unsecured | | No Claim Filed |
| 29. | Account Recovery Service | Unsecured | | No Claim Filed |
| 30. | America's Best | Unsecured | | No Claim Filed |
| 31. | Alliance One | Unsecured | | No Claim Filed |
| 32. | Accredited Home Lenders | Unsecured | | No Claim Filed |
| 33. | Argosy | Unsecured | | No Claim Filed |
| 34. | Check N Go | Unsecured | | No Claim Filed |
| 35. | Cashland | Unsecured | | No Claim Filed |
| 36. | CIT Group/Consumer Finance Inc | Unsecured | | No Claim Filed |
| 37. | Credit Control (SIU) | Unsecured | | No Claim Filed |
| 38. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 39. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 40. | HSBC | Unsecured | | No Claim Filed |
| 41. | First Choice Loans | Unsecured | | No Claim Filed |
| 42. | Manus Dental | Unsecured | | No Claim Filed |
| 43. | HSBC | Unsecured | | No Claim Filed |
| 44. | Nicor Gas | Unsecured | | No Claim Filed |
| 45. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 46. | HSBC | Unsecured | | No Claim Filed |
| 47. | LVNV Funding | Unsecured | | No Claim Filed |
| 48. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 49. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 50. | Progressive Recovery Technique | Unsecured | | No Claim Filed |
| 51. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 52. | I C Systems Inc | Unsecured | | No Claim Filed |
| 53. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 54. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 55. | Proactive Solution Skin Care | Unsecured | | No Claim Filed |
| 56. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 57. | Progressive Recovery Technique | Unsecured | | No Claim Filed |
| 58. | RMS | Unsecured | | No Claim Filed |
| 59. | SLM Financial Corp | Unsecured | | No Claim Filed |
| 60. | Sallie Mae | Unsecured | | No Claim Filed |
| 61. | Sallie Mae | Unsecured | | No Claim Filed |
| 62. | Sallie Mae | Unsecured | | No Claim Filed |
| 63. | Sallie Mae | Unsecured | | No Claim Filed |
| 64. | Sallie Mae | Unsecured | | No Claim Filed |
| 65. | Sallie Mae | Unsecured | | No Claim Filed |
| 66. | Sallie Mae | Unsecured | | No Claim Filed |
| 67. | Sallie Mae | Unsecured | | No Claim Filed |
| 68. | Nicor Gas | Unsecured | | No Claim Filed |
| 69. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 118,072.11 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Wiley, Dion
Milsap, Sharon L
Printed: 01/29/09

Case Number: 08 B 26277
Judge: Wedoff, Eugene R
Filed: 9/30/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

